**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON  DIVISION**

|  |  |  |
|---|---|---|
| | **:** | |
| **CARL NEAL MURPHY,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **Civil Action No.** |
| **v.** | **:** | **5:10-CV-261 (CAR)** |
| | **:** | |
| **DR. GARNER. NURSE BETTY, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

_____

**ORDER ON THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc.10] that

Defendants Faulk, Mitchum, Conklin, Askew, Brown, Stephens, Worsham, and Twiggs County Jail

be **DISMISSED** from this action.  No Objection was filed, and having considered the matter, this

Court agrees with the findings and conclusions of the United States Magistrate Judge. The

Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 20th day of October, 2010

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr