# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| CARL NEAL MURPHY, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 5:10-CV-261 (CAR) |
| v. | : | |
| BETTY EVANS, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc 21] that the unopposed Motion for Summary Judgment [Doc. 17] filed by Defendant Nurse Betty Evans be **GRANTED** and that Plaintiff's claims against Dr. Garner be **DISMISSED** with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. No Objection to the Recommendation was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is accordingly **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 3rd day of June, 2011

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr